UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY BRADLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOPCO ASSOCIATES, LLC,<br><br>Defendant. | Civil Action No. 7:21cv03303-CS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Cathy Seibel |

The Parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all Parties. The Parties are to each bear their own attorneys' fees and costs.

Dated:   White Plains, New York
         July 19, 2023

Respectfully submitted,

BURSOR & FISHER, P.A.

By:_____
Frederick J. Klorczyk III, Esq.
1330 Avenue of the Americas
New York, NY 10019
646-837-7150
fklorczyk@bursor.com
Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: :_____
Gregg A. Tatarka, Esq.
1133 Westchester Avenue
White Plains, NY 10604
914-323-7000
gregg.tatarka@wilsonelser.com
Attorneys for Defendant

SO ORDERED.

7/21/23

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.

284965299v.1